UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ALI SADR HASHEMI NEJAD, and
BAHRAM KARIMI,

                Defendants.

**NOLLE PROSEQUI**

18 Cr. 224 (AJN)

---

1. The filing of this *nolle prosequi* will dispose of the charges filed in this case against defendants Ali Sadr Hashemi Nejadin ("Sadr") and Bahram Karimi.

2. On March 18, 2018, Sadr was charged in Indictment 18 Cr. 224 (the "Indictment") with: (1) conspiracy to defraud the United States by impeding and obstructing OFAC's enforcement of its Iran sanctions program, in violation of 18 U.S.C. § 371 ("Count One"); (2) conspiracy to violate the International Emergency Economic Powers Act ("IEEPA"), by exporting the processing services of U.S. correspondent banks for the benefit of Iranian entities and individuals, and by evading applicable OFAC sanctions, in violation of 50 U.S.C. § 1705 ("Count Two"); (3) bank fraud, in violation of 18 U.S.C. § 1344 ("Count Three"); (4) conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349 ("Count Four"); (5) money laundering by transmitting and attempting to transmit funds into the United States for the purpose of promoting the IEEPA violation charged in Count Two and the bank fraud charges in Counts Three and Four, in violation of 18 U.S.C. § 1956 ("Count Five"); and (6) conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956 ("Count Six").

3. On March 20, 2018, Sadr was arrested in the Eastern District of Virginia based on the charges in the Indictment. Sadr initially consented to detention pending a hearing in the Southern District of New York. On May 24, 2018, the Honorable Andrew L. Carter, U.S.

District Judge for the Southern District of New York, ordered that Sadr be released on bail, and Sadr remains at liberty.

4. On January 31, 2020, Karimi was charged in Superseding Indictment S2 18 Cr. 224 (the "S2 Indictment") with: (1) conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349; (2) bank fraud, in violation of 18 U.S.C. § 1344; (3) making false statements to federal officials, in violation of 18 U.S.C. § 1001.  Karimi has not been arrested based on the charges in the S2 Indictment.

5. On March 16, 2020, a jury convicted Sadr on Counts One, Two, Three, Four, and Five of the Indictment.

6. Following the trial, and while Sadr's post-trial motions were pending, the Government determined that it would not be in the interests of justice to further prosecute this case.

Dated: New York, New York
       June 5, 2020

/s/
Emil J. Bove III
Shawn G. Crowley
Co-Chiefs, Terrorism & International Narcotics Unit

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to Ali Sadr Hashemi Nejadin and Bahram Karimi with respect to Indictment 18 Cr. 224 and Superseding Indictment S2 18 Cr. 224.

Dated: New York, New York
      June 5, 2020

                                  /s/
                              GEOFFREY S. BERMAN
                              United States Attorney
                              Southern District of New York

SO ORDERED:

Dated: New York, New York
      _____ \_\_, 2020

                              HONORABLE ALISON J. NATHAN
                              United States District Judge
                              Southern District of New York