UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                                              **ECF CASE**

UNITED STATES OF AMERICA

          v.

ALI SADR HASHEMI NEJAD,

          Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**18 Cr. 224 (AJN)**

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

Dated:    June 16, 2020
              New York, New York

By: /s/ Shawn G. Crowley
       Shawn G. Crowley
       Assistant United States Attorney
       (212) 637-1034