```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

BAHRAM KARIMI,

                Defendant.

**ORDER**

S2 18 Cr. 224 (AJN)

---

1.      On January 31, 2020, Bahram Karimi ("Karimi") was charged in Superseding Indictment S2 18 Cr. 224 (AJN) (the "S2 Indictment") with (1) conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349; (2) bank fraud, in violation of 18 U.S.C. § 1344; and (3) making false statements to federal officials, in violation of 18 U.S.C. § 1001. Karimi has not been arrested based on the charges in the S2 Indictment.

2.      On June 5, 2020, the Government requested that a *nolle prosequi* be filed as to Karimi. The Government set forth its reasons for seeking the *nolle* order by letter dated July 2, 2020. (Dkt. 354).

3.      On August 28, 2020, the Government advised the Court that it considered dismissal with prejudice pursuant to Federal Rule of Criminal Procedure 48(a) to be the appropriate mechanism for dismissing the S2 Indictment.

4.   For the reasons set forth in the Government's July 2, 2020 letter (Dkt. 354 at 6-7), the Court GRANTS the Government's motion to dismiss with prejudice Superseding Indictment S2 18 Cr. 224 (AJN).

SO ORDERED:

_____
HONORABLE ALISON J. NATHAN
United States District Judge
Southern District of New York

Dated: New York, New York
       September 16, 2020