

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 23, 2020

**BY ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

      I respectfully file this letter in response to the Court's Order of October 20, 2020, directing that "any request to redact or seal the declarations and exhibits shall be filed on the public docket, with limited proposed and justified redactions if necessary." (Dkt. 382). Attached hereto as Exhibit A is my letter, dated October 16, 2020, which I believe requires no redactions. Should the Court grant any sealing or redaction applications, I respectfully request that my materials be treated in the same manner.

                                          Respectfully submitted,

                                          Jane Kim
                                          Assistant United States Attorney

cc:    John McEnany, Associate United States Attorney (by Email)
        Defense Counsel (by Email)

Enclosure