# EXHIBIT A

| | |
|---|---|
| **From:** | Krouse, Michael (USANYS) |
| **To:** | Nathan NYSD Chambers |
| **Subject:** | Declaration, 18 Cr. 224 |
| **Date:** | Friday, October 16, 2020 11:14:00 PM |
| **Attachments:** | Michael Krouse Declaration (18 Cr. 224).pdf |

Judge Nathan,

Please find attached my sworn declaration, as directed by the Court's September 16 Opinion & Order.  A paralegal from the U.S. Attorney's Office will deliver to Chambers a disc with the exhibits and other responsive communications.  Copies of the declaration and the disc have also been provided to defense counsel and Associate U.S. Attorney McEnany.

I respectfully request that these materials be filed under seal.

Michael Krouse
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2279