

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 23, 2020

Via ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ali Sadr Hashemi Nejad</u>, No. 18 Cr. 224 (AJN)

Dear Judge Nathan:

    I write in response to the Court's October 20, 2020 Order. (Dkt. No. 382). Enclosed for public filing—assuming the Court accepts the proposed redactions therein—is a redacted copy of my October 16, 2020 sealing application, which I submitted via email in unredacted form to the Court, defense counsel, and Associate United States Attorney John McEnany. I respectfully submit that the redactions are appropriate because the redacted sections reference a matter that is subject to a prior sealing order by the Court on September 24, 2020.

    Respectfully submitted,

    /s/
    Emil J. Bove III
    Assistant United States Attorney
    (212) 637-2444

Enclosure

Cc:    Associate United States Attorney John McEnany
    (Via Email)

    Defense Counsel
    (Via ECF)