Brian M. Heberlig
202 429 8134
bheberlig@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com



November 13, 2020

By ECF

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    Re:    *United States v. Ali Sadr Hashemi Nejad*, Case No. 18-cr-224 (AJN)

Dear Judge Nathan:

    We have today submitted to the Court, under seal, Defendant Ali Sadr Hashemi Nejad's letter responding to the government's submissions in response to this Court's September 16, 2020 Order. *See* Dkt. 379, at 34. Sadr has submitted this letter under seal because it discusses declarations and exhibits that the government has requested remain under seal. For the reasons stated in his October 30, 2020 letter opposing the government's sealing request (Dkt. 389), Sadr respectfully requests that the Court unseal Sadr's letter of today in its entirety, along with the government's declarations and exhibits.

                      Respectfully submitted,

                      */s/ Brian M. Heberlig*
                      Reid H. Weingarten
                      STEPTOE & JOHNSON LLP
                      1114 Avenue of the Americas
                      New York, NY 10036
                      Tel: (212) 506-3900
                      Fax: (212) 506-3950
                      rweingarten@steptoe.com

Steptoe

Brian M. Heberlig (*Pro Hac Vice*)
Bruce C. Bishop (*Pro Hac Vice*)
David M. Fragale
Nicholas P. Silverman (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
bheberlig@steptoe.com

*Counsel for Defendant Ali Sadr Hashemi Nejad*

cc:     Counsel of Record (via ECF)